O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL ALIPOT,              ) | Case No. CV 09-08431 DDP (Ex) |
|                              ) | |
|           Plaintiff,         ) | |
|                              ) | **Order Granting Defendant's Motion** |
|      v.                      ) | **to Dismiss** |
|                              ) | |
| AURORA LOAN SERVICES, LLC,   ) | |
|                              ) | [Motion filed on December 7, |
|           Defendant.         ) | 2009] |
|                              ) | |
| _____ ) | |

    Presently before the Court is Defendant Aurora Loan Services, LLC's Motion to Dismiss Plaintiff's Complaint.  Because Plaintiff has neither filed an opposition nor a notice of non-opposition, the Court GRANTS Defendant's Motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition or a statement of non-opposition to any motion at least fourteen (14) days prior to the date designated for hearing the motion.  C.D. C<small>AL</small>. L.R. 7-9.

///

///

///

Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

The hearing on Defendant's Motion to Dismiss was scheduled for January 25, 2010. Plaintiff's opposition or statement of non-opposition was therefore due by January 11, 2009. As of the date of this Order, Plaintiff has not filed any response to Defendant's Motion, or any other papers that could be construed as a request for an extension of time to file or a request to move the hearing date. Accordingly, the Court deems Plaintiff's failure to oppose consent to granting Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: January 25, 2010

DEAN D. PREGERSON
United States District Judge

2